47 A.3d 668

IN THE MATTER OF JOSEPH JEROME FELL, AN ATTORNEY
AT LAW (ATTORNEY NO. 033601992).

July 18, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–005, concluding that **JOSEPH JEROME FELL** of **BERNARDSVILLE**, who was admitted to the bar of this State in 1992, should be reprimanded for violating *RPC* 1.8(a)(2) (entering into a business transaction with a client without advising the client, in writing, of the desirability of seeking the advice of independent counsel), and *RPC* 1.8(a)(3) (entering into a business transaction with a client without obtaining the client's written informed consent to the terms of the transaction and the lawyer's role in the transaction), and good cause appearing;

It is ORDERED that **JOSEPH JEROME FELL** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.